**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1710

JESSICA LYNNE REAVIS,

        Plaintiff - Appellant,

JERRY O'NEIL,

        Appellant,

    v.

PAUL GAMMON; SHARON GAMMON; DIESEL ENGINE & EQUIPMENT REPAIR; JOHN DOES 1-20,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Danville. Thomas T. Cullen, District Judge. (4:21-cv-00006-TTC)

Submitted: February 21, 2023                      Decided: February 23, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jessica Lynne Reavis; Jerry O'Neil, Appellants Pro Se. Clinton Wes Verity, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessica Lynne Reavis and Jerry O'Neil (collectively, Appellants) appeal the district court's orders denying their motions to substitute parties and to reconsider. We have reviewed the record and conclude that the district court did not err. We therefore affirm the district court's orders. *Reavis v. Gammon*, No. 4:21-cv-00006-TTC (W.D. Va. Apr. 27 & May 25, 2021). We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*